UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| upon the relation and for the use of the ) | | |
| TENNESSEE VALLEY AUTHORITY, ) | | |
| Plaintiff, ) | | |
| ) | | |
| ) | | |
| V. ) | NO. 2:07-CV-142 | |
| ) | | |
| ) | | |
| EASEMENTS AND RIGHTS-OF-WAY ) | | |
| OVER A TOTAL OF 3.92 ACRES OF ) | | |
| LAND, MORE OR LESS, IN GREENE ) | | |
| COUNTY, TENNESSEE ) | | |
| CAROLE COBBLE, *ET VIR* ) | | |
| Defendants. ) | | |

# **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated September 30, 2010. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's "Motion to Recover Expert Witness Fees Incurred in Discovery Deposition," [Doc. 81], be denied. No objections have been filed to the Report and Recommendation. After careful consideration of the record as a whole, and after

1

careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 83], and that plaintiff's motion, [Doc. 81], be **DENIED**.

E N T E R:

                                                  s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE